Appendix A—Exhibit List

| Ex | Bates | Date | From | To | Description |
|---|---|---|---|---|---|
| 1. | CPK0073-209 | 1/31/2007 | N/A | N/A | Lease |
| 2. | CPK0266 | 02/21/2007 | N/A | N/A | Schedule 1 to Exhibit C: Scope of work |
| 3. | CPK 0210-0211 | 6/15/2007 | MIF City II, L,P. | California Pizza Kitchen, Inc. | First Amendment to Lease |
| 4. | CPK 0212-0213 | 9/2007 | MIf City II, L.P. | California Pizza Kitchen, Inc. | Second Amendment to Lease |
| 5. | CPK 0446-0454 | 4/4/2013/4/5 | Jean Pierce | Randy Alper CC: Scott Wagers | Email chain |
| 6. | CPK 0335-0338 | 4/8/2013 | Jean Pierce | Randy Alper CC: Scott Wagers | Email chain |
| 7. | CPK 0410-0412 | 4/22/2013 | CPK0287, City Line | Todd Pilgrim | Email chain |
| 8. | CPK 0409 | 4/25/2013 | SLM Waste & Recycling Services, Inc. | California Pizza Kitchen | Invoice |
| 9. | CPK 0477-0486 | 7/9/2013 | Beth Olson | Todd Pilgrim Randy Alper | Email chain |
| 10. | CPK 0345 | 8/6/2013 | CPK0287, City Line | Ashley Brown Randy Alper Todd Pilgrim Scott Wagers CC: Leslie Williams | Email Chain |
| 11. | CPK 0469 | 8/6/2013 | Ashley Brown | Todd Pilgrim Randy Alper Scott Wagers CC: Leslie Williams | Email chain |
| 12. | CPK 0470 | 8/6/2013 | Ashley Brown | CPK0287, City Line Randy Alper Todd Pilgrim Scott Wagers CC: | Email chain |

1

| | | | | | |
|---|---|---|---|---|---|
| | | | | Leslie Williams | |
| 13. | CPK 0471-0472 | 8/6/2013 | CPK0287, City Line | Todd Pilgrim CC: Randy Alper Scott Wagers | Email chain |
| 14. | CPK 0407-0408 | 8/22/2013 | CPK0287, City Line | Todd Pilgrim CC: Leslie Williams Scott Wagers Randy Alper | Email chain |
| 15. | CPK 0413-0415 | 8/24/2013 | CPK87 City Line | Randy Alper CC: Leslie Williams Artina Kennedy | Email chain |
| 16. | CPK 0422 | 9/27/2013 | Amy N. Garris | Randy Alper Todd Pilgrim Scott Wagers CC: Leslie Williams | Email chain |
| 17. | CPK 0344 | 9/28/2013 | Amy N Garris | Todd Pilgrim | Email chain |
| 18. | CPK 0468 | 9/28/2013 | Amy N. Garris | Randy Alper | Email chain |
| 19. | CPK 0473-0474 | 9/28/2013 | Leslie Williams | Randy Alper CC: Amy N. Garris Scott Wagers Kim Boerema Clint Coleman | Email chain |
| 20. | CPK 0348-0351 | 9/30/2013 | Amy N Garris | Randy Alper Scott wagers CC: Leslie Williams | Email chain with attachments |
| 21. | CPK 0465-0466 | 9/30/2013 | Amy N. Garris | Randy Alper CC: Leslie Williams | Email chain |
| 22. | CPK 0475-0476 | 9/30/2013 | Amy N. Garris | Randy Alper CC: Leslie Williams | Email chain |
| 23. | CPK 0368 | 10/1/2013 | Amy N. Garris | Randy Alper | Email chain |

2

| | | | | | |
|---|---|---|---|---|---|
| 24. | CPK 0369-0377 | 10/1/2013 | Amy N. Garris | Randy Alper | Email chain with attachments |
| 25. | CPK 0378-0386 | 10/1/2013 | | | Email chain |
| 26. | CPK 0514-0515 | 10/1/2013 | Amy N. Garris | Randy Alper | Email chain |
| 27. | CPK 0516-0517 | 10/1/2013 | Amy N. Garris | Randy Alper CC: Leslie Williams | Email chain |
| 28. | CPK 0518-0520 | 10/1/2013 | Amy N. Garris | Randy Alper CC: Leslie Williams | Email chain |
| 29. | CPK0341 | 10/2/2013 | Leslie Williams | | Email chain |
| 30. | CPK0339 | 10/3/2013 | Leslie Williams | Randy Alper CC: Scott Wagers Kim Boerema | Email chain |
| 31. | CPK 0438-0441 | 10/3/2013 | Kim Boerma | Randy Alper | Email chain |
| 32. | CPK0423 | 10/7/2013 | Amy N. Garris | Randy Almer | Email chain |
| 33. | CPK 0487-0490 | 10/8/2013 | Amy N. Garris | Randy Alper | Email chain |
| 34. | CPK 0491-0494 | 10/8/2013 | Amy N. Garris | Randy Alper | Email chain |
| 35. | CPK 0495-0496 | 10/8/2013 | Amy N. Garris | Randy Alper | Email chain |
| 36. | CPK 0497 | 10/8/2013 | Amy N. Garris | Randy Alper | Email chain |
| 37. | CPK 0498-0507 | 10/8/2013 | Amy N. Garris | Randy Alper | Email chain |
| 38. | CPK 0433-0434 | 10/11/2013 | Amy N. Garris | Randy Alper Todd Pilgrim | Email chain with attachments |
| 39. | CPK 0510 | 10/15/2013 | Amy N. Garris | Randy Alper | Email chain |
| 40. | CPK 0416 | 10/29/2013 | Amy N. Garris | Brian Johnson CC: Randy Alper | Email chain |
| 41. | CPK 0444-0445 | 11/29/2013 | Amy N. Garris | Randy Alper CC: Brian Johnson | Email chain |
| 42. | CPK 0340 | 12/30/2013 | Amy N. Garris | Randy Alper CC: Scott Wagers Brian Johnson | Email Chain |

| | | | | | |
|---|---|---|---|---|---|
| 43. | CPK 0399-0402 | 12/30/2013 | Amy N. Garris | Brian Johnson CC: Randy Alper Scott Wagers | Email chain with attachments |
| 44. | CPK 0442-0443 | 12/30/2013 | Amy N. Garris | Randy Alper | Email chain |
| 45. | CPK 0534 | 1/7/2014 | Amy N. Garris | Randy Alper | Email chain |
| 46. | CPK 0435 | 1/8/2014 | Amy N. Garris | Brad Johnson CC: Randy Alper | Email chain |
| 47. | CPK 0521-0533 | 1/21/2014 | Amy N. Garris | Randy Alper CC: Brian Johnson | Email chain |
| 48. | CPK 0417-0418 | 1/23/2014 | Amy N. Garris | Randy Alper | Email chain |
| 49. | CPK 0346 | 1/25/2014 | Amy N. Garris | Randy Alper CC: Scott Wagers Brian Johnson | Email chain |
| 50. | CPK 0511-0513 | 1/25/2014 | Amy N. Garris | Randy Alper Scott Wagers CC: Brian Johnson | Email chain |
| 51. | CPK 0343 | 1/29/2014 | Amy N. Garris | Randy Alper | Email chain |
| 52. | CPK 0355-0367 | 1/29/2014 | Amy N Garris | Randy Alper | Email chain |
| 53. | CPK 0387-0388 | 1/29/2014 | Amy N. Garris | Randy Alper | Email chain |
| 54. | CPK 0389 | 1/29/2014 | Amy N. Garris | Randy Alper | Email chain |
| 55. | CPK 0390-0392 | 1/29/2014 | Amy N. Garris | Randy Alper | Email chain |
| 56. | CPK 0393-0395 | 1/29/2014 | Amy N. Garris | Randy Alper | Email chain |
| 57. | CPK 0396-0398 | 1/29/2014 | Amy N. Garris | Randy Alper | Email chain |
| 58. | CPK 0403-0404 | 1/29/2014 | Amy N. Garris | Randy Alper | Email chain |
| 59. | CPK 0405 | 1/29/2014 | Amy N. Garris | Randy Alper | Email chain |
| 60. | CPK 0406 | 1/29/2014 | Amy N. Garris | Randy Alper | Email chain |
| 61. | CPK 0058-0072 | 01/2014 to 10/2016 | Action Plumbing | California Pizza Kitchen | Invoices |
| 62. | CPK 0352 | 2/11/2014 | Amy N. Garris | Randy Alper Scott Wagers Todd Pilgrim CC: | Email chain |

| | | | | Brian Johnson James Beus | |
|---|---|---|---|---|---|
| 63. | CPK 0419-0421 | 2/12/2014 | Amy N. Garris | Randy Alper Todd Pilgrim | Email chain |
| 64. | CPK 0342 | 2/14/2014 | Amy N. Garris | Brian Johnson Randy Alper Todd Pilgrim Scott Wagers James Beus | Email chain |
| 65. | CPK 0432 | 2/14/2014 | Amy N. Garris | Todd Pilgrim | Email chain |
| 66. | CPK 0467 | 2/14/2014 | Amy N. Garris | Randy Alper CC: Brian Johnson Todd Pilgrim Scott Wagers James Beus | Email chain |
| 67. | CPK 0347 | 3/16/2014 | Amy N. Garris | Randy Alper Todd Pilgrim CC: Brian Johnson CPK0287, City Line | Email Chain |
| 68. | CPK 0508-0509 | 3/27/2014 | Amy N. Garris | Randy Alper Todd Pilgrim CC: Brian Johnson Scott Wagers | Email chain |
| 69. | CPK 0455-0464 | 3/28/2014 | Amy N. Garris | Scott Wagers CC: Brian Johnson Randy Alper Clint Coleman James Beus | Email chain |
| 70. | CPK 0353 | 3/31/2014 | Amy N. Garris | Randy Alper CC: Brian Johnson | Email chain |
| 71. | CPK 0354 | 3/31/2014 | | | Email chain |
| 72. | CPK 0535 | 4/3/2014 | Amy N. Garris | Randy Alper | Email chain |
| 73. | CPK 0230-0231 | 11/3/2014 | MJ Contractor LLC | MIF City, Inc | Invoice |

5

| | | | | | |
|---|---|---|---|---|---|
| 74. | CPK 0217-0219 | 12/10/2014 | MIF City II, L,P. | California Pizza Kitchen, Inc. | Corresp |
| 75. | CPK 0234-0235 | 8/8/2015 8/4/2016 | Richmond Builders | MIP City II, LP | Invoices |
| 76. | CPK 0237 | 10/20/2015 | MJ Contractor LLC | MIF City, Inc | Invoice |
| 77. | CPK 0267-0275 | 10/2/2015 to 9/26/2017 | DMC Services, LLC | California Pizza Kitchen | Invoices |
| 78. | CPK 0214-0216 | 1/12/2016 | MIF City II, L,P. | California Pizza Kitchen, Inc. | Third Amendment to Lease |
| 79. | CPK 0232 | 2/19/2016 | Bohler Engineering | MIP City II, LP | Invoice |
| 80. | CPK 0244 | 3/16/2016 | Matthew J Corsello (Bohler Engineering) | Todd Pilgrim | Letter |
| 81. | CPK 0236 | 8/10/2016 | Golden Glo | Potbelly Restaurant | Invoice |
| 82. | CPK 0238 | 10/27/2016 | Star Plumbing & Heating | Midatlantic Realty | Invoice |
| 83. | CPK 0239-0241 | 4/17/2017 4/17/2017 5/2/2017 | Bala Consulting Engineering | MIF City II, LP | Invoices |
| 84. | CPK 0262-0265 | 4/28/2017 | David Hosmeister | Todd Pilgrim | Site Observation Report |
| 85. | CPK 0276-0281 | 5/5/2017 | Scott Wagers | Jerry Batoff David O'Barr Marc Feyh Gene Davis | Email Chain & Attachments |
| 86. | CPK 005 - 0012 | 5/8/2017 | Scott Wagers | Todd Pilgrim David O'Barr Gene Davis Jerry Batoff Marc Feyh | Email chain |
| 87. | CPK 0019-0028 | 5/15/2017 | Scott Wagers | Todd Pilgrim' Jerry Batoff David O'Barr Gene Davis Marc Feyh Brian Johnson Ken Brendemihl | Email chain |
| 88. | CPK 0013-0018 | 5/16/2017 | Todd Pilgrim | Scott Wagers Jerry Batoff; Debora O'Neill | Email chain |

| # | Bates | Date | From | To | Description |
|---|---|---|---|---|---|
| 89. | CPK 0029 | 5/17/2017 | Stephanie Espinoza | Todd Pilgrim Jerry Batoff | Email chain |
| 90. | CPK 0030-0033 | 5/25/2017 | Todd Pilgrim | Stephanie Espinoza | Email chain |
| 91. | CPK 0424-0431 | 5/27/2017 to 11/2018 | Todd Pilgrim | Gene Davis | Text message chain with pictures |
| 92. | CPK 0034-0040 | 6/6/2017 | Gene Davis | Scott Wagers; David O'Barr; Stephanie Espinosa; Todd Pilgrim Ronnie Lester; Gene Davis | Email chain |
| 93. | CPK 0043-0045 | 6/26/2017 | Scott Pilgrim | Gene Davis | Email chain |
| 94. | CPK 0041-0042 | 7/7/2017 | Gene Davis | Todd Pilgrim | Email chain |
| 95. | CPK 0046-0047 | 7/12/2017 | Gene Davis | Scott Pilgrim Dan Munger | Email chain |
| 96. | CPK 0048-0049 | 7/12/2017 | Todd Pilgrim | Gene Davis Dan Munger | Email chain |
| 97. | CPK 0050-0054 | 7/17/2017 | Gene Davis | Todd Pilgrim | Email chain |
| 98. | CPK 0313 | 12/?/2017 | Roto Rooter | California Pizza Kitchen | Invoice |
| 99. | CPK 0312 | 12/29/2017 | A. HoneyDipper Septic Service | California Pizza Kitchen | Invoice |
| 100. | CPK 0309-0310 | 12/31/2017 1/16/2018 | Tinneny Plumbing and Heating, Inc. | California Pizza Kitchen | Invoices |
| 101. | CPK 0315-0321 | 12/31/17 1/9/2018 3/29/2018 3/29/2018 5/10/2018 8/6/2018 8/15/2018 | Tinneny Plumbing & Heating Inc. | California Pizza Kitchen | Invoices |
| 102. | CPK 0311 | 1/5/2018 | Action Plumbing | California Pizza Kitchen | Invoice |
| 103. | CPK 0057 | 1/13/2018 | A. Honey Dipper Septic Service | California Pizza Kitchen | Invoice |
| 104. | CPK 0282-0285 | 1/31/2018 | Zoom Drain | California Pizza Kitchen | Estimate |
| 105. | CPK 0306-0308 | 2/3/18 2/6/18 3/6/2018 | Zoom Drain | California Pizza Kitchen | Invoices |

| | | | | | |
|---|---|---|---|---|---|
| 106. | CPK 0304-0305 | 3/29/2018 3/29/2018 | Tinneny Plumbing and Heating, Inc. | California Pizza Kitchen | Invoices |
| 107. | CPK 0304-0305 | 3/29/2018 3/29/2018 | Tinneny Plumbing and Heating, Inc. | California Pizza Kitchen | Invoices |
| 108. | CPK 0055-0056 | 4/9/2018 | Stephanie Espinosa | Unknown at MIF City II, LP CC: David O'Barr Clint Coleman Todd Pilgrim | Letter |
| 109. | CPK 0220-0228 | 1/2018 to 3/2018 | N/A | N/A | Pictures |
| 110. | CPK 0322-0325 | 2/6/2018 4/6/2018 4/13/2018 5/10/2018 | Zoom Drain | California Pizza Kitchen | Invoices |
| 111. | CPK 0330 | | N/A | N/A | Video |
| 112. | CPK 0229 | Assorted dates | N/A | N/A | CPK: Plumbing Contractor Invoices |
| 113. | CPK 0113-0116 | No date | N/A | N/A | Exhibit B: Shopping Center site Plan |
| 114. | CPK 0208-0209 | No Date | N/A | N/A | Exhibit F: Use Restrictions and Exclusives |
| 115. | CPK 0233 | N/A | A. HoneyDipper Septic Service | MIP City II, LP | Invoice |
| 116. | CPK 0245 | No Date | N/A | N/A | Blueprint |
| 117. | CPK 0246-0261 | No Date | N/A | N/A | Pictures |
| 118. | CPK 0286-303 | N/A | N/A | N/A | Pictures |
| 119. | CPK 0314 | No Date | N/A | N/A | Blueprint |
| 120. | CPK 0326-334 | No Date | N/A | N/A | Videos |
| 121. | CPK 0555-0559 | 06/2019 | | | Pictures |
| 122. | CPK 0560 | 06/18/2019 | Timmeny Plumbing | | Invoice |
| 123. | **MIF000 85-086** | 9/10/2007 | David Morrison | Joe Tobin | Email chain |
| 124. | **MIF0000 32** | 3/20/2014 | Todd Pilgrim | James Beus (CPK) | Email chain |
| 125. | 000033 | 7/13/2014 | James Beus | Todd Pilgrim | Email chain |

8

| | | | | | |
|---|---|---|---|---|---|
| 126. | 000033 | 7/13/2014 | Todd Pilgrm | | Email chain |
| 127. | 000032 | 7/14/2014 | Todd Pilgrim | James Beus (CPK) | Email chain |
| 128. | 000396 | 9/22/2014 | Honeydipper | Todd Pilgrim | Email chain |
| 129. | 000369 | 11/4/2014 | Courtney Lindley (VP of Real Estate) | Todd Pilgrim | Email chain |
| 130. | 000370 | 11/11/2014 | Courtney Lindley | Todd Pilgrim | Email chain |
| 131. | 000372 | 11/14/2014 | Friedman Schuman, P.C. | Courtney Lindley | Letter |
| 132. | 000375 | 11/14/2014 | Jerry Batoff | Courtney Lindley;<br><br>CC: Todd Pilgrim, Robyn Martin, Charles Tanner, Anne Ewing, Carrie Sherman, Peter Friedman | Email chain |
| 133. | 000377 | 11/18/2014 | Todd Pilgrim | Courtney Lindley | Email chain |
| 134. | 000034 | 11/19/2014 | Todd Pilgrim | Randy Alper | Email chain with attachment |
| 135. | 000380 | 11/22/2014 | Courtney Lindley | Todd Pilgrim, Eric Andreoni, Anne Ewing | Email chain |
| 136. | 000383 | 11/24/2014 | Anne Ewing | Courtney Lindley, Todd Pilgrim<br><br>CC Robyn Martin, Cordell Crawley, Eric Andreoni, Cindy Deken | Email chain |
| 137. | 000382 | 11/25/2014 | Courtney Lindley | Todd Pilgrim | Email chain |
| 138. | 000385 | 11/25/2014 | Jerry Batoff | Anne Ewing<br><br>Todd Pilgrim, Courtney Linley, Robyn Martin, Charles Tanner, Carrier Sherman, Peter Friedman, Eric Andreoni | Email chain |
| 139. | 000385 | 11/25/2014 | Anne Ewing | Jerry Batoff | Email chain |
| 140. | 000384 | 11/25/2014 | Anne Ewing | Jerry Batoff | Email chain |
| 141. | 000387-000388 | 11/26/2014 | Friedman Schuman, P.C. | Courtney Lindley | Email chain |
| 142. | 000390 | 12/10/2014 | Courtney Lindley | Todd Pilgrim<br><br>CC Anne Ewing, Cindy Deken, Charles Tanner, Robyn Martin | Email chain |
| 143. | **MIF**000391 | 1/30/2015 | Courtney Lindley | Todd Pilgrim | Email chain |

| | | | | | |
|---|---|---|---|---|---|
| 144. | 000427 | 7/28/2015 | Gina Brunner (Metro Commercial) | Todd Pilgrim | Email chain |
| 145. | 000449 | 8/4/2015 | Todd Pilgrim | Stephen Carrozza; Glenn Marvin | Email chain |
| 146. | 000424 | 8/10/2015 | Honeydipper | Todd Pilgrim | Email chain |
| 147. | 000424 | 10/22/2015 | Marlin Jones | Todd Pilgrim | Email chain |
| 148. | 000423 | 10/27/2015 | Todd Pilgrim | Honeydipper | Email chain |
| 149. | 000037 | 10/28/2015 | Todd Pilgrim | Amy Garris, GM #287 City Line  CC: Brian Johnson, Gene Davis | Email chain |
| 150. | 000501 | 1/27/2016 | Michael Corsello | Todd Pilgrim | Email chain |
| 151. | 000184 | 2/24/2016 | Star Plumbing | | Plumbing Proposal |
| 152. | 000181-000183 | 3/16/2016 | Matthew Corsello (Bohler Engineering) | Todd Pilgrim | Letter |
| 153. | 000039-000040 | 3/16/2016 | Jerry Batoff | David O'Barr (CPK) CC Todd Pilgrim | Email chain |
| 154. | 000041 | 4/4/2016 | Gene Davis | Todd Pilgrim | Email chain |
| 155. | 000047 | 4/7/2016 | Gene Davis | Todd Pilgrim | Email chain |
| 156. | 000044 | 4/8/2016 | Jerry Batroff | David O'Barr (CPK) | Email chain |
| 157. | 000042 | 4/4/2016 | Todd Pilgrim | Gene Davis | Email chain |
| 158. | 000204 | 4/28/2016 | David Hofmeister (Bala Engineers) | Todd Pilgrim; Jerry Batoff | Email chain |
| 159. | 000154 | 8/2/2016 | Jerry Batoff | David O'Barr | Email |
| 160. | 000421-000422 | 8/9/2016 | Bob Blazak, Consolidated Construction | Todd Pilgrim | Quote |
| 161. | 000251 | 8/23/2016 | Gene Davis | Todd Pilgrim | Email chain |
| 162. | 000251 | 9/1//2016 | Gene Davis | Todd Pilgrim | Email chain |
| 163. | 000250 | 9/1/2015 | Scott Wagers | Todd Pilgrim | Email chain |
| 164. | 000250 | 9/15/2016 | Gene Davis | Todd Pilgrim, David O'Barr, Scott Wagers | Email chain |
| 165. | 000061 | 10/6/2016 | Amy Garris | Todd Pilgrim | Email chain |
| 166. | 000061 | 10/7/2016 | Todd Pilgrim | Amy Garris | Email chain |
| 167. | 000153 | 10/20/2016 | Jerry Batoff | David | Email chain |
| 168. | 000068 | 11/1/2016 | Gene Davis | Todd Pilgram, Jerry Batoff, Scott Wagers, David O'Barr, Ronnie Lester, Gene Davis | Email chain |
| 169. | 000067 | 11/2/2016 | Todd Pilgrim | Gene Davis  CC Jerry Batoff, Scott Wagers, David O'Barr, R. Lester | Email chain |

| | | | | | |
|---|---|---|---|---|---|
| 170. | **MIF0002 40** | 11/4/2016 | Gene Davis | Todd Pilgrim, Jerry Batoff, Scott wAgers, David O'Barr, Ronnie Lester | Email chain |
| 171. | 000460 | 11/22/2016 | Todd Pilgrim | Daniel Romanelli | Email chain |
| 172. | 000516 | 1/27/2017 - | Glenn H. Wood Plumbing, LLC | Todd Pilgrim | Camera inspection |
| 173. | 000505 | 2/16/2017 | David C. Hofmeister | Todd Pilgrim | Attached proposal for plumbing engineering services for 4040 City Avenue |
| 174. | 000505 | 2/17/2017 | Todd Pilgrim | David Hofmeister, Jerry Batoff | proposal |
| 175. | 000511 | 3/28/2017 | Todd Pilgrim | Jerry Batoff | Email chain |
| 176. | 000073 | 4/28/2017 (same as 3/22/2017 report, 000513-000515) | David Hofmeister | Todd Pilgrim<br><br>Cc Richard Ryan | Site Observation Report – Bala Engineers |
| 177. | 000206 | 5/1/2017 | Jerry Batoff | David O'Barr; Todd Pilgrim | Email chain |
| 178. | 000083 | 5/3/2017 | Marc Feyh (Henderson Engineers) | Scott Wagers, Gene Davis, David O'Barr | Email chain |
| 179. | 000084 | 5/3/2017 | Jerry Batoff | David O'Barr | Email chain |
| 180. | 000169 | 5/4/2017 | Jerry Batoff | David O'Barr | Email chain |
| 181. | 000082 | 5/5/2017 | Jerry Batoff | David Hofmeiser, Todd Pilgrim | Email chain |
| 182. | 000001 | 5/15/2017 | Scott Wagers (CPK) | Todd Pilgrim, Jerry Batoff, David O'Barr, Gene Davis, Marc | Email chain |
| 183. | 000087 | 5/16/2017 | Todd Pilgrim | Scott Wagers<br><br>CC: David O'Barr, Gene Davis, Marc Feyh, Brian Johnson, Ken Brenemihl, Jerry Batoff, Debora O'Neill | Email chain |
| 184. | 000093 | 5/17/2017 | | | Email chain |
| 185. | 000095 | 5/25/2017 | | | Email chain |
| 186. | 000149 | 5/30/2017 | | | Email chain |
| 187. | 0000100 | 6/7/2017 | Todd Pilgrim | Gene Davis | Email chain |
| 188. | 0000100 | 6/26/2017 | Todd Pilgrim | Gene Davis | Email chain |

| | | | | | |
|---|---|---|---|---|---|
| 189. | 0000102 | 6/27/2017 | Gene Davis | Todd Pilgrim | Email chain |
| 190. | **MIF0000102** | 628/2017 | Fred Shelton | Todd Pilgrim<br><br>CC: Dan munger; Keith Isoldi; Matthew Fry | Email chain |
| 191. | 0000102 | 6/28/2017 | Todd Pilgrim | Gene Davis, Jerry Batoff | Email chain |
| 192. | 000107 | 7/12/2017 | Gene Davis | Todd Pilgrim; Dan Munger | Email chain |
| 193. | 0000031 | No date | N/A | N/A | Design Criteria |
| 194. | 000258 | 1/3/2018 | Todd Pilgrim | Gene Davis | email |
| 195. | 000276 - 000278 | 4/3/2018 - | MIF | Pres. CPK | Letter |
| 196. | 000109 | 2/2/2018 | Todd Pilgrim | Gene Davis | Email chain |
| 197. | 000141 | 4/9/2018 | Stephanie Espinosa | MIF City II LP | Letter |
| 198. | 000489 | 5/23/2018 | Niko Zhao (DJ Kitchen) | Todd Pilgrim | Email chain |
| 199. | 000121 | 8/7/2018 | Todd Pilgrim | Gene Davis | Email chain with attachments |
| 200. | 000121 | 8/8/2018 | Gene Davis | Todd Pilgrim | Email chain |
| 201. | 000116 | 10/9/2018 | Mike Hoch (Cooper Roofting) | Todd Pilgrim | Email chain |
| 202. | 000114 | 10/11/2018 | Jerry Batoff | CEO Jim Hyatt | Letter |
| 203. | 000111 | 10/15/2018 | Jerry Batoff | CEO Jim Hyatt | Letter |
| 204. | CMG_9090 – 000134 – 001917 | | | | |
| 205. | CMG_9090 – 001918 – 002103 | | | | |
| 206. | 1045_Invoice PDFs 2014-2018_06 Dec 2018 | | | | |
| 207. | 1045_WOs_2014_06 Dec 2018 – CONFIDENTIAL (CMG_9090 – 000083.xlsx | | | | |
| 208. | Claim Letter to Midlantic Real Estate with attachments.pdf | | | | |
| 209. | Hen-Eng 00001 – 011373 | | | | |
| 210. | 01_PBSW000001 through 26_PBSW000081 | | | | |
| 211. | Jerald Batoff deposition with Exhibits (dated 3 May 2019) | | | | |
| 212. | Armando Chicila deposition with Exhibits (dated 2 May 2019) | | | | |
| 213. | Gene Davis deposition with Exhibits  (dated 2 May 2019) | | | | |
| 214. | Marlin Jones deposition with Exhibits (dated 29 May 2019) | | | | |
| 215. | Todd Pilgrim deposition with Exhibits Exhibits (dated 1 May 2019) | | | | |
| 216. | Bohler Drawing Sheet #5 (dated 11/2005) Site Utility Plan | | | | |
| 217. | City Avenue [partial] Plan (highlighted) | | | | |
| 218. | CPK City Line Plumbing as-built 2007 | | | | |
| 219. | CPK City Line Plumbing Confirmed | | | | |
| 220. | CPK Design Criteria (CPK 000031) | | | | |
| 221. | CPK Verify Existing Conditions Meeting 2007-07-12 | | | | |
| 222. | Honey Dipper Job Proposal 2014-10-13 | | | | |
| 223. | HEI Drawing P1.D Sanitary Plan 2007-09-11 | | | | |
| 224. | Bala Site Observation Report | | | | |
| 225. | Sanitary Sewer (SS) Piping Options 032416 | | | | |

| | |
|---|---|
| 226. | Waste and Vent Piping Floor Plan |
| 227. | Waste and Vent Piping Floor Plan – highlighted |
| 228. | Polaris Engineering Drawing P 1.1 – Plumbing Information and schedules 1/22/2007 |
| 229. | Polaris Engineering Drawing P2.1 – Building #1 Plumbing Plans (1/22/2007) |
| 230. | Contract – MJ Contractor LLC and MIF City II, Inc. dated (10/27/14) |
| 231. | Marlin Jones documents brought to deposition |
| 232. | Default notices from MIF to CPK |
| 233. | Default notices from CPK to MIF |
| 234. | MIF's Complaint, Amended Complaint, Second Amended Complaint |
| 235. | CPK's Answer and Counterclaim |
| 236. | MIF's Answer to Counterclaim |
| 237. | MIF responses to CPK Interrogatories |
| 238. | MIF responses to CPK Requests for production of documents |
| 239. | CPK responses to MIF Interrogatories Set I |
| 240. | CPK Responses to MIF Interrogatories Set II |
| 241. | CPK Responses to MIF RFPD Set I |
| 242. | MDC Expert Report produced in this matter, including all attachments, CVs, reference material, exhibits |
| 243. | EAC Evaluations Expert Report produced in this matter including all attachments, CVs, reference material, exhibits |
| 244. | MDC Expert rebuttal report produced in this matter including all attachments, CVs, reference material, exhibits |
| 245. | EAC Evaluations Expert Report produced in this matter including all attachments, CVs, reference material, exhibits |
| 246. | Plaintiff's Expert report with CVs, reference materials, attachments, exhibits--Bala |
| 247. | Plaintiff's Expert report with CVs, reference materials, attachments, exhibits--Structural |
| 248. | Plaintiff's Expert report with CVs, reference materials, attachments, exhibits—AGI |
| 249. | All documents/photos/video, etc., identified on MIF's exhibit list. |
| 250. | All documents/photos/video, etc., produced by MIF |
| 251. | All documents/photos/video, etc., produced by CPK |
| 252. | All documents/photos/video, etc., produced by any party in response to subpoena |
| 253. | All pleadings |
| 254. | CPK reserves the right to identify additional documents. This list is not all-inclusive and is not intended to identify documents for the purposes of impeachment or rebuttal |